JOHN O. YOUNG, as a Stockholder Individually and on Behalf of All Other Stockholders of Farmers and Traders Life Insurance Company Similarly Situated and on Behalf of the Holders of Voting Trust Certificates of Stock in Said Company Similarly Situated, and in the Right of Said Company, Appellant, *v*. LOUIS J. TABER et al., Respondents.

Argued November 30, 1954; decided December 31, 1954.

*Martin F. Kendrick* and *Harlow B. Ansell* for appellant.

*Benjamin E. Shove,* respondent in person and for Louis J. Taber and others, respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

BIOTHERMAL PROCESS CORPORATION, Appellant, *v.* COHU & COMPANY, Respondent.

Argued November 16, 1954; decided December 31, 1954.

